# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWAB2 INC., ASSET-BACKED CERTIFICATES SERIES 2006-19, BANK OF AMERICA AS SUCCESSOR TO COUNTRYWIDE HOME LOANS, INC.,

Appellant,

vs.

VILLA SEDONA COMMUNITY ORGANIZATION, A HOMEOWNERS ASSOCIATION; AND NEVADA ASSOCIATION SERVICES, INC., A NEVADA CORPORATION,

Respondents.

No. 75133

FILED

SEP 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Linda Marie Bell, Chief Judge
Wolfe & Wyman LLP
Kolesar & Leatham, Chtd.
Boyack Orme & Anthony
Noggle Law PLLC
Eighth District Court Clerk

18-35194